Dora Lane (SBN 8424)
dlane@hollandhart.come
Frank Z. LaForge (SBN 12246)
fzlaforge@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: 775 | 327-3000
Facsimile: 775 | 786-6179

Attorneys for Respondent Savage Services Corp.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHIEF ADMINISTRATIVE OFFICER OF THE OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION OF THE DIVISION OF INDUSTRIAL RELATIONS OF THE DEPARTMENT OF BUSINESS AND INDUSTRY, STATE OF NEVADA,<br><br>Petitioner,<br><br>vs.<br><br>SAVAGE SERVICES CORP.; NEVADA OCCUPATIONAL SAFETY AND HEALTH REVIEW BOARD,<br><br>Respondents. | CASE No. 3:19-cv-00147-LRH-WGC<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF**<br>**[1st Request]** |

Under the parties' Joint Status Report (ECF. No. 14), Respondent has 30 days from the date of electronic service of Petitioner's Opening Brief to file its Answering Brief unless the parties agree to a reasonable extension. Because Respondent filed its Opening Brief on June 14, 2019, Respondent's current deadline to file its Answering Brief is July 15, 2019. The parties, however, have agreed to a two-week extension so that Respondent will have sufficient time to adequately respond to the Opening Brief.

Accordingly, IT IS HEREBY STIPULATED that Respondent's deadline to file the Answering Brief is extended to July 29, 2019.

1

RESPECTFULLY SUBMITTED:

DATED: July 15, 2019.

HOLLAND & HART LLP

/s/ Frank Z. LaForge
Dora Lane (SBN 8424)
dlane@hollandhart.com
Frank Z. LaForge (SBN 12246)
fzlaforge@hollandhart.com
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: 775 | 327-3000
Facsimile: 775 | 786-6179

Attorneys for Respondent Savage Services Corp.

DATED July 15, 2019.

NEVADA OCCUPATIONAL SAFETY
AND HEALTH ADMINISTRATION

/s/ Salli Ortiz
Donald C. Smith, Senior Division Counsel
Nevada Bar No. 413
Salli Ortiz, Division Counsel
Nevada Bar No. 9140
Division of Industrial Relations
400 W. King Street, Ste 201
Carson City, NV 89703
Telephone: 775 | 684-7286

Attorneys for Petitioner, Chief Administrative Officer of the Occupational Safety and Health Administration, et.al.

IT IS SO ORDERED.

DATED July 16, 2019.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE

2